IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 08-214 |
| ) | |
| JOSE ALFREDO PAREDES-  ) | |
| MENJIVAR, ) | |
| Defendant. ) | |

ORDER

AND NOW, this 3rd day of July, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 12, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, July 9, 2008 at 3 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Almon S. Burke, Jr.,
    Assistant United States Attorney

    Constance Bowden,
    Assistant United States Attorney

    Arnold I. Klein, Esquire
    564 Forbes Avenue
    1113 Manor Complex
    Pittsburgh, PA 15219

    Ana Lahr,
    Court Interpreter

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation